

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-14-00086-CR |
| | § | |
| | | Appeal from the |
| EX PARTE: HECTOR TORRES. | § | |
| | | 409th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2014DCV0244) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismiss as moot, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF JUNE, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.